```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

MOHAMMED REZA SALAMI,           )
                                )
            Plaintiff,          )
                                )
        v.                      )   CIVIL NO. 1:03CV00909
                                )
NORTH CAROLINA AGRICULTURAL     )
& TECHNICAL STATE UNIVERSITY,   )
                                )
            Defendant.          )

## J U D G M E N T

This civil action came on for trial before the court and a jury beginning April 19, 2005, and the issues having been truly tried and answered by the jury as follows:

1. Was the Plaintiff's national origin and/or religion a determinative factor in the Defendant's decision to remove him as Associate Dean of the College of Engineering in December 2001?

$$\underline{\qquad NO \qquad}$$
(Yes or No)

(If you answer "No" to Issue Number 1, go to Issue Number 3.)

2. If you answer Issue Number 1 "Yes," what amount, if any, do you find the Plaintiff is entitled to recover from the Defendant?
   A. In back pay and benefits   $_____
   B. In compensatory damages    $_____

3. Was the Plaintiff's filing of charges of discrimination with the Equal Employment Opportunity Commission and/or filing this lawsuit a determinative factor in the Defendant's failure to approve:
   A. Research space?

$$\underline{\qquad NO \qquad}$$
(Yes or No)

   B. The Civil Infrastructure Research Institute?

$$\underline{\qquad NO \qquad}$$
(Yes or No)

4. If you answer "Yes" to Issue 3A and/or 3B, what amount, if any, do you find the Plaintiff is entitled to recover from the Defendant?

    A.  In compensatory damages  $_____

    5.  Was the Plaintiff's filing of charges of discrimination with the Equal Employment Opportunity Commission and/or filing this lawsuit a determinative factor in the Defendant's failure to approve:
    A.  Plaintiff's proposal concerning the Federal Aviation Administration and Piedmont Triad International Airport?

$$\underline{\quad\quad\text{NO}\quad\quad}$$
(Yes or No)

    B.  Plaintiff's proposal concerning Caterpillar, Inc.?

$$\underline{\quad\quad\text{NO}\quad\quad}$$
(Yes or No)

    6.  If you answer "Yes" to Issue 5A and/or 5B, what amount, if any, do you find the Plaintiff is entitled to recover from the Defendant?
    A.  In additional income  $_____
    B.  In compensatory damages  $_____

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that Plaintiff Mohammed Reza Salami have and recover nothing of Defendant North Carolina Agricultural and Technical State University.

IT IS FURTHER ORDERED that the costs of this action are taxed against the Plaintiff pursuant to Rule 54(d)(1), Federal Rules of Civil Procedure.

_____<br>United States District Judge

April 27, 2005